AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**

MAY **1 3** 2015

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of

a 1998, four-door, blue Buick Lesabre, Custom Edition bearing
Missouri license plate number DH5-W2Y - currently located at the
Saint Louis Metropolitan Police Department's garage located at
1222 Clark Street, Saint Louis, Missouri, within the Eastern
District of Missouri.

Case No.    4:15 MJ 6128 TCM

## APPLICATION FOR A SEARCH WARRANT

I, Special Agent Mark Wynn, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

1998, four-door, blue Buick Lesabre, Custom Edition bearing Missouri license plate number DH5-W2Y

located in the _____EASTERN_____ District of _____MISSOURI_____, there is now concealed

items providing identification of those present inside the vehicle at any given time; fingerprints; blood stains; hair; other items possessing DNA characteristics; any item possessing genetic, forensic, or other material; firearms; firearms-related materials such as ammunition, shell casings, and/or magazines; controlled substances; controlled substances-related materials.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) | possession with the intent to distribute heroin, a Schedule I controlled substance drug |
| 18:924(j) | death caused by use of firearm in furtherance of drug trafficking crime |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark Wynn, Special Agent, ATF
Mark A. Wynn Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    May 13, 2015

*Judge's signature*

City and state:  St. Louis, MO

Honorable Thomas C. Mummert III, U.S. Magistrate Judge
*Printed name and title*

AUSA:   Thomas Rea

## AFFIDAVIT IN SUPPORT OF
## FEDERAL SEARCH WARRANT

1.     I, Mark Wynn, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been a law enforcement officer since 1998. I am currently assigned to the Saint Louis, Missouri ATF Field Office. I am charged with investigating violations of the federal arson, explosives and firearms laws. I have successfully completed the Criminal Investigator Training Program (CITP) and the ATF National Academy Special Agent Basic Training (SABT) at the Federal Law Enforcement Training Center.

2.     This affidavit is made in support of an application for a search warrant to search for and seize instrumentalities, fruits, and evidence of violations of 21 U.S.C. § 841(a) and 18 U.S.C. § 924(j), among others, which make it a violation for a person to possess with the intent to distribute a controlled substance and to cause the death of another person while possessing a firearm in furtherance of a drug trafficking crime.

3.     As a result of my own personal participation in this investigation, conversations with other investigators and witnesses, and analysis of pertinent documentation, I am familiar with all aspects of this investigation, which is briefly summarized below for purposes of this application only.

4.     On March 27, 2015, officers with the Saint Louis Metropolitan Police Department responded to a homicide scene located at 4467 Itaska Avenue, Saint Louis, Missouri. Two victims -- one male and one female -- were present at the scene and deceased. A third victim survived and was transported by emergency medical personnel to the hospital. All three victims had been shot in the head with a .45 caliber firearm.

5.     On March 27, 2015, Saint Louis Metropolitan Police Department officers responded to a second, related homicide scene located at 4232 South 37th Street, Saint Louis,

Missouri. One female victim was transported from the scene and later died from her injuries. The victim had been shot in the head with a .45 caliber firearm.

6. During the course of the homicide investigation, detectives located an eye witness who confirmed that the vehicle driven by the individual(s) responsible for the shooting was a blue Buick bearing license plate number DH5-W2Y.

7. A canvass by law enforcement was undertaken in an effort to locate the vehicle. On May 13, 2015, the vehicle was located parked on the street at or near 3227 Magnolia, Saint Louis, Missouri (near the intersection of Magnolia and Virginia Avenues). The vehicle is more properly identified as a 1998, four-door, blue Buick Lesabre, Custom Edition bearing Missouri license plate number DH5-W2Y ("the subject vehicle"). Affixed to the vehicle's windshield at the time of discovery was a uniform parking citation dated April 20, 2015 at 9:03 a.m. The violation listed on the parking citation is "Code 17.28.010 Street Cleaning."

8. On May 13, 2015, law enforcement officials directed that the subject vehicle be towed to the Saint Louis Metropolitan Police Department's garage located at 1222 Clark Street, Saint Louis, Missouri.

9. I have probable cause to believe that the exterior and/or interior of the subject vehicle possesses information relative to identifying those individuals who were involved in the March 27, 2015, shootings and information relevant to the facts and circumstances as to how and/or why the shootings occurred to include, but not necessarily be limited to, items providing identification of those utilizing and/or present inside the vehicle at any given time; fingerprints; blood stains; hair; other items possessing DNA characteristics; any item possessing genetic, forensic, or other material; firearms; firearms-related materials such as ammunition, shell casings, and/or magazines; controlled substances; and controlled substances-related materials.

Furthermore, these items may require the movement and/or removal of items such as carpeting, vehicle panels, and/or other items affixed to the subject vehicle in order for the items of evidentiary value to be located, observed, and seized.

10. In consideration of the foregoing, I respectfully request that this Court issue a search warrant authorizing the search of the subject vehicle.

11. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge, information and belief.